IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHUOC LUU,

    Petitioner,                      No. 2:13-cv-0942 EFB P

    vs.

KATHLEEN L. DICKSON,

    Respondent.                  <u>ORDER</u>

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, petitioner has commenced this action in the wrong district.

      In a habeas action, venue is proper in either the district of confinement or the district of conviction.  28 U.S.C. 2241(d).  The petition reflects that petitioner is currently incarcerated at California State Prison, Centinela, which is located in Imperial County.  Dckt. No. at 7.  The instant petition challenges the results of a disciplinary decision that occurred while petitioner was incarcerated at California State Prison, Centinela.  Thus, the Eastern District is not a proper venue for this action.  Since this action should have been commenced in the United States District Court for the Southern District of California, the court will transfer this action to that district.  *See* 28 U.S.C. §§ 84(d), 1404(a).

////

1     Accordingly, it is ORDERED that this action is transferred to the United States District
2 Court for the Southern District of California.
3 DATED: May 17, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

2